UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CLARENCE MCCANN, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:10CV1694 CDP |
| NEW WORLD PASTA COMPANY, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On May 24, 2011, plaintiff, Clarence McCann filed a motion for reconsideration of my order denying his second motion to appoint counsel. I will deny that motion for the same reasons stated in my March 1, 2011 order and because defendant has offered space at defense counsel's local law firm to hold the anticipated depositions. If, however, this case survives the summary judgment stage I will reconsider whether McCann should be appointed counsel for trial.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion for reconsideration [#29] is **DENIED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2011.